WENDY OLSON
United States Attorney
U.S. Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712
Tel: (208)334-1211
Fax: (208)334-9375

LAWRENCE BREWSTER
Regional Solicitor
BRUCE L. BROWN
Associate Regional Solicitor
Patricia Drummond
Drummond.Patricia@dol.gov
Trial Attorney
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101-3212
PHO: (206) 553-0940; FAX: (206) 553-2768

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

Northern Division – Coeur d'Alene

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>TIMBER SAVERS, INC, A corporation<br><br>Defendants. | CV   2:10-cv-547<br><br>COMPLAINT FOR INJUNCTIVE RELIEF<br><br>(Federal Mine Safety and Health Act, 30 U.S.C. §818(a)(1)) |

Complaint For Injunctive Relief

I

This action is brought by the Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, through undersigned counsel, pursuant to the provisions of the Federal Mine Safety and Health Act of 1977 as amended, 30 U.S.C. §§ 801-965 ("the Act" or "the Mine Act").

II

Subject matter jurisdiction is granted by section 108(a)(1) of the Act, 30 U.S.C. § 818(a)(1).

III

At all times relevant to this complaint, Defendant operated the Rock Solid mine, a sand and gravel rock crushing operation near Weippe, Clearwater County, Idaho, within the jurisdiction of this Court. The Defendant's operation constituted a "mine" within the meaning of section 3(h)(1) of the Act, 30 U.S.C. § 802(h)(1), and is therefore subject to the requirements of the Act. 30 U.S.C. § 803.

IV

Scott G. Amos is a mine inspector and authorized representative of the Secretary of Labor employed by the Mine Safety and Health Administration (MSHA) of the United States Department of Labor, with offices at Boise, Idaho. His duties and responsibilities include conducting safety and health inspections of mines and facilities under the authority of Section 103 of the Act.

V

Section 103(a) of the Act, 30 U.S.C. §813(a), gives authorized representatives of the Secretary of Labor the right to enter mine property for the purpose of conducting safety and health inspections, and prohibits mine operators from hindering or interfering with such investigations.

VI

Section 104(a) of the Act directs that "[i]f, upon inspection or investigation, the Secretary or his authorized representative believes that an operator of a coal or other mine subject to this chapter has violated this chapter, or any mandatory health or safety standard, rule, order, or regulation promulgated pursuant to this chapter, he shall, with reasonable promptness, issue a citation to the operator. Each citation shall be in writing and shall describe with particularity the nature of the violation, including a reference to the provision of the chapter, standard, rule, regulation, or order alleged to have been violated. In addition, the citation shall fix a reasonable time for the abatement of the violation." 30 U.S.C. § 814(a).

VII

Section 104(b) of the Act directs that "[i]f, upon any follow-up inspection of a coal or other mine, an authorized representative of the Secretary finds (1) that a violation described in a citation issued pursuant to subsection (a) of this section has not been totally abated within the period of time as originally fixed therein or as subsequently extended, and (2) that the period of time for the abatement should not be further extended, he shall determine the extent of the area affected by the violation and shall promptly issue an order requiring the operator of such mine or his agent to immediately cause all persons, except those persons referred to in subsection (c) of

this section, to be withdrawn from, and to be prohibited from entering, such area until an authorized representative of the Secretary determines that such violation has been abated. 30 U.S.C. § 814(b).

VIII

On October 27, 2010, in the normal course of his duties, Scott G. Amos, a mine inspector and an authorized representative of the Secretary, went to the Defendant's mine, the Rock Solid mine. The purpose of the visit to the mine was to conduct a safety and health inspection of the mine pursuant to Section 103 of the Act, 30 U.S.C. §813(a).

IX

Inspector Amos arrived at the Rock Solid mine at approximately 8:00 a.m. on October 27, 2010 and was met by Jason Berreth, the Defendant's agent. Inspector Amos presented his credentials and informed Mr. Berreth that he was there to conduct a safety and health inspection of the Rock Solid mine pursuant to Section 103 of the Act. Mr. Berreth informed Inspector Amos that he would not be permitted to enter or inspect the Rock Solid mine without presenting a Court order requiring that MSHA be allowed to do so.

X

Inspector Amos attempted to convince Mr. Berreth that it would be reasonable to allow the inspection to take place and to then contest any citations issued which were thought by the Defendant to be without merit. Mr. Berreth maintained his denial of entry.

XI

Complaint For Injunctive Relief

Inspector Amos issued a citation to the Defendant under Section 104(a) of the Act, citing a violation of Section 103(a) of the Act. Because Mr. Berreth continued in his denial of entry and his effective impediment to the inspection, Inspector Amos issued a withdrawal order under pursuant to Section 104(b) of the Act for the continuing denial of entry and impediment to inspection. True and correct copies of the citation and order issued by Inspector Amos are attached as Exhibits A and B herein..

XII

On November 1, 2010, Ronald Jacobsen, Field Office Supervisor, Mine Safety and Health Administration, Boise, Idaho, and the supervisor of Inspector Amos, contacted Phil Berreth, President of Timber Savers, Inc. by telephone to discuss the denial of entry. (See Declaration of Ronald Jacobsen, attached hereto as Exhibit D.) Mr. Jacobsen spoke with Phil Berreth in an effort to convince him to permit the Inspector to conduct the inspection. Mr. Jacobsen was not successful in his effort and Mr. Berreth maintained the position outlined by Mr. Jason Berreth, that is, that MSHA would not be permitted entry to the Rock Solid mine for the purpose of a safety and health inspection. Phil Berreth assured Mr. Jacobsen that he would not change his mind.

XIII

MSHA Field Office Supervisor Jacobsen sent to the Defendant, by email, a copy of the MSHA Program Policy Manual section regarding impeding a mine safety and health inspection that MSHA would conduct under the Act. (See Declaration of Ronald Jacobsen.) However, the Defendant maintains his denial of entry.

XIV

Complaint For Injunctive Relief

By the conduct described in Paragraphs VIII through XVI above, Defendant has violated section 103(a) of the Mine Act.

The Plaintiff has no adequate remedy at law to insure that Defendants will not continue to engage in their violations of the Act. Therefore, the Plaintiff requests:

1) that the Court issue a Temporary Restraining Order, and a Permanent Injunction, enjoining the Defendants, their agents and employees, and all those in active concert and participation with them from conducting any further mining operations without coming into compliance with the Mine Act and any mandatory health or safety standard, rule, order, or regulation promulgated pursuant to the Mine Act, including granting MSHA entry to conduct its inspection of the Rock Solid mine facility, and against further violations of the Mine Act;

2) an order requiring the Defendants to reimburse the Secretary for all costs and expenses associated with this action; and

3) an order directing such other relief as the Court may deem appropriate.

Dated this 4th day of November, 2010.

          M. PATRICIA SMITH

          Solicitor of Labor

          LAWRENCE BREWSTER
          Regional Solicitor

          BRUCE L. BROWN
          Associate Regional Solicitor

By:   s/ Patricia Drummond
       PATRICIA DRUMMOND
       Trial Attorney

          Attorneys for Plaintiff Hilda L. Solis,

Complaint For Injunctive Relief

Secretary of Labor
United States Department of Labor
Office of the Solicitor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
Phone (206) 553-0940
Fax (206) 553-2768
E-mail: Nordby.evan@dol.gov

WENDY OLSON
United States Attorney